Andrew L. Smith (SBN 262418)
Andrew.Smith@jacksonlewis.com
Serena A. Limas (SBN 358945)
Serena.Limas@jacksonlewis.com
JACKSON LEWIS, P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5408
Tel: (213) 689-0404
Fax: (213) 689-0430

Attorneys for Defendants
LEGENDS HOSPITALITY, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Stephanie Fuller, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Legends Hospitality, LLC, Does 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.:**<br><br>**DEFENDANT LEGENDS HOSPITALITY, LLC'S NOTICE OF INTERESTED PARTIES OR ENTITIES**<br><br>(Filed concurrently with Notice of Removal of Action; Declaration of Andrew L. Smith; Declaration of Tim Lamoriello: Civil Case Cover Sheet; Corporate Disclosure Statement) |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that DEFENDANT LEGENDS HOSPITALITY, LLC hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities, (i) have a financial interest in the subject matter in controversy, or in a party that could be substantially affected by the outcome of the proceeding. The representations are made to enable the court to evaluate possible disqualification or recusal.

1. Defendant LEGENDS HOSPITALITY, LLC
2. Plaintiff STEPHANIE FULLER

Respectfully submitted,

DATED: November 18, 2026

JACKSON LEWIS, P.C.

By: */s/ Andrew L. Smith*

Andrew L. Smith
Serena A. Limas

Attorneys for Defendant
LEGENDS HOSPITALITY, LLC